# United States District Court

__Northern__ DISTRICT OF __Alabama__
Western Division

## SUMMONS IN A CIVIL ACTION

LORRAINE MARTIN, )
)
      PLAINTIFF, )
)
                                       )     CIVIL ACTION NO.:
v.                                   )     7:14 cv 187-TMP
                                     )     JURY DEMAND
TECHOTA, LLC, CV HOME )
HEALTH OF BIBB COUNTY, )
RUBICON, RUBICON HOME )
HEALTH, RUBICON RESEARCH, )
CV HOME HEALTH SERVICES, )
& CV HOME HEALTH. )
)
      DEFENDANTS. )

TO:   CV Home Health
        c/o James Cochran
        437 Belcher Street
        Centerville, AL 35042

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY:

CYNTHIA FORMAN WILKINSON
**WILKINSON LAW FIRM, PC**
215 North Richard Arrington Blvd., Suite 200
Birmingham, Alabama 35203
205-250-7866

a response to the Complaint, which is herewith served upon you, within 21 days after service of this Summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the Court.

__Sharon Harris__
Clerk                                  Date  2/6/2014

__M. Cheely__
By: Deputy Clerk                Clerk, U.S. District Court
                                                Northern District of Alabama
                                                1729 5th Avenue North
                                                Birmingham, Alabama 35203

# United States District Court

__Northern__ DISTRICT OF __Alabama__
Western Division

## SUMMONS IN A CIVIL ACTION

| | |
|---|---|
| LORRAINE MARTIN,<br><br>PLAINTIFF,<br><br>v.<br><br>TECHOTA, LLC, CV HOME HEALTH OF BIBB COUNTY, RUBICON, RUBICON HOME HEALTH, RUBICON RESEARCH, CV HOME HEALTH SERVICES, & CV HOME HEALTH.<br><br>DEFENDANTS. | CIVIL ACTION NO.:<br>7:14cv187-TMP<br>JURY DEMAND |

TO: CV Home Health Services
c/o James Cochran
437 Belcher Street
Centerville, AL 35042

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

CYNTHIA FORMAN WILKINSON
**WILKINSON LAW FIRM, PC**
215 North Richard Arrington Blvd., Suite 200
Birmingham, Alabama 35203
205-250-7866

a response to the Complaint, which is herewith served upon you, within 21 days after service of this Summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the Court.

__Sharon Harris__
Clerk

Date 2/6/2014

_____
By: Deputy Clerk

Clerk, U.S. District Court
Northern District of Alabama
1729 5th Avenue North
Birmingham, Alabama 35203

# United States District Court

_____Northern_____ DISTRICT OF _____Alabama_____

Western Division

## SUMMONS IN A CIVIL ACTION

| | |
|---|---|
| LORRAINE MARTIN, )<br>)<br>PLAINTIFF, )<br>)<br>v. )<br>)<br>TECHOTA, LLC, CV HOME )<br>HEALTH OF BIBB COUNTY, )<br>RUBICON, RUBICON HOME )<br>HEALTH, RUBICON RESEARCH, )<br>CV HOME HEALTH SERVICES, )<br>& CV HOME HEALTH. )<br>)<br>DEFENDANTS. ) | CIVIL ACTION NO.:<br>7:14cv187-TMP<br>JURY DEMAND |

TO:  Rubicon Research
c/o Phyllis Jean Robertson
17035 Hwy 11 N.
Vance, AL 35490

### YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY:

CYNTHIA FORMAN WILKINSON
**WILKINSON LAW FIRM, PC**
215 North Richard Arrington Blvd., Suite 200
Birmingham, Alabama 35203
205-250-7866

a response to the Complaint, which is herewith served upon you, within 21 days after service of this Summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the Court.

<u>Sharon Harris</u>
Clerk

Date  2/6/2014

_/s/ M. Neely_
By: Deputy Clerk

Clerk, U.S. District Court
Northern District of Alabama
1729 5th Avenue North
Birmingham, Alabama 35203

# United States District Court

<u>   Northern   </u> DISTRICT OF <u>   Alabama   </u>

Western Division

## SUMMONS IN A CIVIL ACTION

| | |
|---|---|
| LORRAINE MARTIN,<br><br>PLAINTIFF,<br><br>v.<br><br>TECHOTA, LLC, CV HOME HEALTH OF BIBB COUNTY, RUBICON, RUBICON HOME HEALTH, RUBICON RESEARCH, CV HOME HEALTH SERVICES, & CV HOME HEALTH.<br><br>DEFENDANTS. | CIVIL ACTION NO.:<br>7:14 cv 187-TMP<br>JURY DEMAND |

TO: Rubicon Home Health
c/o Phyllis Jean Robertson
17035 Hwy 11 N.
Vance, AL 35490

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

CYNTHIA FORMAN WILKINSON
**WILKINSON LAW FIRM, PC**
215 North Richard Arrington Blvd., Suite 200
Birmingham, Alabama 35203
205-250-7866

a response to the Complaint, which is herewith served upon you, within 21 days after service of this Summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the Court.

<u>Sharon Harris</u>
Clerk

<u>M. Cheely</u>
By: Deputy Clerk

Date 2/6/2014

Clerk, U.S. District Court
Northern District of Alabama
1729 5th Avenue North
Birmingham, Alabama 35203

# United States District Court

__Northern__ DISTRICT OF __Alabama__

Western Division

## SUMMONS IN A CIVIL ACTION

| | |
|---|---|
| LORRAINE MARTIN, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | CIVIL ACTION NO.: |
| v. ) | 7:14 cv 187-TMP |
| ) | JURY DEMAND |
| TECHOTA, LLC, CV HOME ) | |
| HEALTH OF BIBB COUNTY, ) | |
| RUBICON, RUBICON HOME ) | |
| HEALTH, RUBICON RESEARCH, ) | |
| CV HOME HEALTH SERVICES, ) | |
| & CV HOME HEALTH. ) | |
| ) | |
| DEFENDANTS. ) | |

TO:   Rubicon
      c/o Phyllis Jean Robertson
      17035 Hwy 11 N.
      Vance, AL 35490

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

CYNTHIA FORMAN WILKINSON
**WILKINSON LAW FIRM, PC**
215 North Richard Arrington Blvd., Suite 200
Birmingham, Alabama 35203
205-250-7866

a response to the Complaint, which is herewith served upon you, within 21 days after service of this Summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the Court.

__Sharon Harris__
Clerk

By: Deputy Clerk

Date 2/6/2014

Clerk, U.S. District Court
Northern District of Alabama
1729 5th Avenue North
Birmingham, Alabama 35203

# United States District Court

_____Northern_____ DISTRICT OF ____ Alabama ____
Western Division

## SUMMONS IN A CIVIL ACTION

| | |
|---|---|
| LORRAINE MARTIN, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | CIVIL ACTION NO.: |
| v. ) | 7:14 CV 187- TMP |
| ) | JURY DEMAND |
| TECHOTA, LLC, CV HOME ) | |
| HEALTH OF BIBB COUNTY, ) | |
| RUBICON, RUBICON HOME ) | |
| HEALTH, RUBICON RESEARCH, ) | |
| CV HOME HEALTH SERVICES, ) | |
| & CV HOME HEALTH. ) | |
| ) | |
| DEFENDANTS. ) | |

TO:  CV Home Health of Bibb County
c/o James Cochran
437 Belcher Street
Centreville, AL 35042

### YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY:

CYNTHIA FORMAN WILKINSON
**WILKINSON LAW FIRM, PC**
215 North Richard Arrington Blvd., Suite 200
Birmingham, Alabama 35203
205-250-7866

a response to the Complaint, which is herewith served upon you, within 21 days after service of this Summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the Court.

Sharon Harris
Clerk

By: Deputy Clerk

Date  2/6/2014

Clerk, U.S. District Court
Northern District of Alabama
1729 5th Avenue North
Birmingham, Alabama 35203

# United States District Court

<u>Northern</u> DISTRICT OF <u>Alabama</u>

Western Division

## SUMMONS IN A CIVIL ACTION

| | |
|---|---|
| LORRAINE MARTIN, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| | ) CIVIL ACTION NO.: |
| v. | ) 7:14 CV 187-TMP |
| | ) JURY DEMAND |
| TECHOTA, LLC, CV HOME | ) |
| HEALTH OF BIBB COUNTY, | ) |
| RUBICON, RUBICON HOME | ) |
| HEALTH, RUBICON RESEARCH, | ) |
| CV HOME HEALTH SERVICES, | ) |
| & CV HOME HEALTH. | ) |
| | ) |
| DEFENDANTS. | ) |

TO:  Techota, LLC
c/o James Cochran
437 Belcher Street
Centreville, AL 35042

### YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY:

CYNTHIA FORMAN WILKINSON
**WILKINSON LAW FIRM, PC**
215 North Richard Arrington Blvd., Suite 200
Birmingham, Alabama 35203
205-250-7866

a response to the Complaint, which is herewith served upon you, within 21 days after service of this Summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the Court.

<u>Sharon Harris</u>
Clerk

<u>M. Cheely</u>
By: Deputy Clerk

Date 2/6/2014

Clerk, U.S. District Court
Northern District of Alabama
1729 5th Avenue North
Birmingham, Alabama 35203