FILED
 2014 May-29  AM 07:49
 U.S. DISTRICT COURT
    N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| LORRAINE MARTIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case Number:  7:14-cv-0187-TMP |
| ) | |
| TECHOTA, LLC, et al, ) | |
| ) | |
| Defendants. ) | |

## SCHEDULING ORDER

      This order is entered under Fed. R. Civ. P. 16(b) based on the parties' report of a planning meeting.  This order supersedes any prior orders and governs further proceedings in this action unless modified for good cause shown.

      1. **Pleadings and Parties:** No causes of action, defenses, or parties may be added after July 31, 2014, as to the plaintiff, and August 29, 2014, as to the defendants.

      2. **Dispositive Motions:**  All potentially dispositive motions and supporting briefs or evidentiary submissions must be filed by **March 6, 2015.** All evidentiary materials and briefs supporting a motion for summary judgment must be filed with the motion.  Upon the filing of a motion for summary judgment, the court will enter a scheduling order for the filing of evidentiary materials and briefs opposing the motion, as well as for the filing of a reply to the opposition.  ALL EVIDENTIARY MATERIALS SUPPORTING OR OPPOSING A MOTION FOR SUMMARY JUDGMENT MUST BE FILED BY THE SUBMISSION DATE; NONE FILED THEREAFTER WILL BE CONSIDERED ABSENT EXTRAORDINARY CIRCUMSTANCES.  LIKEWISE ALL THEORIES AND ARGUMENTS SUPPORTING OR OPPOSING SUMMARY JUDGMENT MUST BE MADE IN THE BRIEFS FILED BY THE SUBMISSION DATE.

      3. **Expert Testimony:** Unless modified by stipulation of the parties, the disclosures of expert witnesses--including a complete report under Fed. R. Civ. P. 26(a)(2)(B) from any specially retained or employed expert--are due:

      From plaintiff by: September 30, 2014
      From defendants by: October 31, 2014.

    4. **Discovery limitations and cutoff:**
(a) Unless modified by stipulation of the parties:
    **Depositions:**  Maximum 10  per side
    **Interrogatories:**  Maximum 30  by any party directed to any other party
    **Document Requests:**  Maximum 30  by any party directed to any other party
    **Rule 36 Requests:**  Maximum 30  by any party directed to any other party.
(b) Unless modified by court order for good cause shown:
    **Supplementation:** Supplementation of disclosures and discovery under Fed. R. Civ. P. 26(e) due by December 30, 2014.
    **Deadline:** All discovery must be commenced in time to be completed by **January 30, 2015.**

    **5.  Additional conference(s):**  After April 1, 2015.

    **6.  Final lists:**  The court will establish deadlines for the exchange of final witness and exhibit lists at the pretrial conference.

    **7.  Trial:** The parties shall be ready for trial to be scheduled on or after May 1, 2015.

    **Marking of Exhibits:**  Each party that anticipates offering as substantive evidence as many as six (6) exhibits shall pre-mark its exhibits in advance of trial, using exhibit labels and lists available from the Clerk of Court.  By the time of trial, a copy of the exhibit list shall be served and filed, with the exhibits being made available for inspection by opposing counsel; the presentation of evidence at trial will not ordinarily be interrupted for opposing counsel to examine a document that has been so marked and made available for inspection.

    **DONE and ORDERED this 28th  day of May, 2014.**

    **T. MICHAEL PUTNAM**
    **U.S. MAGISTRATE JUDGE**