IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| LORRAINE MARTIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 7:14-cv-00187-TMP |
| ) | |
| TECHOTA, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

The parties in the above-styled action have advised the court that all remaining issues in the case have been resolved and the case has been settled, although a joint stipulation of dismissal has not yet been filed. The parties have consented to the undersigned magistrate judge's jurisdiction under 28 U.S.C. § 636(c). (Doc. 17). Because the case has been settled and there no longer exists a live case or controversy, it is ORDERED and ADJUDGED that the case be and hereby is DISMISSED WITHOUT PREJUDICE pursuant to the right of either party to file a motion to vacate this Order and reinstate the action within thirty (30) days after this Order. In the event neither party files such a motion, the dismissal of this action shall become WITH PREJUDICE upon the expiration of thirty (30) days.

**DONE** and **ORDERED** on June 26, 2015.

T. MICHAEL PUTNAM
UNITED STATES MAGISTRATE JUDGE